UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV15-05113 JAK (PLAx) | Date | September 14, 2015 |
|---|---|---|---|
| Title | Hasseh El Bey v. Marco Robles, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE DISSMISING THE COMPLAINT   JS-6

On July 7, 2015, Plaintiff Hasseh El Bey, who is self-represented, brought this action. The complaint names 11 Defendants as well as Does 1 through 10. The complaint advances claims for trespass to chattel, conversion and intentional infliction of emotional distress. On July 22, 2015, Plaintiff's request to proceed *in forma pauperis* was denied, due to an apparent lack of subject matter jurisdiction. On July 23, 2015, Plaintiff was ordered to pay the filing fee for the commencement, on or before August 14, 2015. He did not do so.

On August 5, 2015, the Court issued an Order to Show Cause re Subject Matter Jurisdiction. That Order required Plaintiff to submit a memorandum on or before August 21, 2015, in which he was to provide the basis for federal subject matter jurisdiction. Plaintiff did not respond.

On August 26, 2015, to provide Plaintiff with a final opportunity to comply with the prior orders, another Order to Show Cause re Subject Matter Jurisdiction was issued; it also required Plaintiff to pay the filing fee. That Order was mailed to Plaintiff at the address Plaintiff previously provided to the Court. The new deadline for both actions was set for September 3, 2015. On September 2, 2015, the notice of the August 26 Order sent to Plaintiff was returned by the Postal Service to the Clerk as undelivered.

Pursuant to Local Rule 41-6, failure by a self-represented litigant to keep the Court apprised of his or her current address may result in dismissal of the action. Further, Plaintiff has failed to respond to the Orders issued on July 23, August 5, and August 26. Therefore, pursuant to Local Rules 41-1 and 41-6 the instant action is **DISMISSED**, without prejudice due to Plaintiff's failure to comply with orders issued by the Court and timely to prosecute this action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |